

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2022

No. 04-22-00557-CR

Rafael **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2162
Honorable Jennifer Pena, Judge Presiding

# O R D E R

On December 27, 2022, appellant filed a second motion requesting an extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than January 28, 2023**. *Further requests for an extension of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court